# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **EQUIPPED LLC T/A eFurb**<br><br>**Plaintiff,**<br><br>    vs.<br><br>**DIALECTIC DISTRIBUTION, LLC, JOHN/JANE DOES 1-10, and ABC CORPORATIONS 1-10.**<br><br>**Defendants.** | **CIVIL ACTION NO.**<br><br>**2:18-cv-12394**<br><br><br><br>**DISCLOSURE STATEMENT PURSUANT TO RULE 7.1** |

Defendant Dialectic Distribution, LLC ("Defendant"), by and through their undersigned counsel, hereby certifies that this party is a non-governmental corporate party and that this party does not have a parent corporation, nor is there a publicly held corporation that owns 10% or more of the party's stock.


RUBENSTEIN BUSINESS LAW

Attorneys for Defendant

By:     s/David Rubenstein         
DAVID RUBENSTEIN
Rubenstein Business Law
250 Pehle Ave., Suite 200
Saddle Brook, NJ 07663
Ph: 201-291-2741
Fax: 201-368-1944
Email: Drubenstein@RubensteinBusinessLaw.com

Date:  September 3, 2018