# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

_____

|  |  |  |
|---|---|---|
| EQUIPPED LLC, | : | |
| | : | **Civil Action No. 18-12394 (SRC)** |
| Plaintiff, | : | |
| | : | |
| v. | : | **ORDER** |
| | : | |
| DIALECTIC DISTRIBUTION LLC, | : | |
| | : | |
| Defendant. | : | |

_____

**CHESLER**, District Judge

This matter having come before the Court on Defendant, Dialectic Distribution LLC's objection [ECF No. 15] to the November 30, 2018 Report and Recommendation ("R&R") issued by Magistrate Judge Cathy L. Waldor, which proposed remanding this matter to the Superior Court of New Jersey, Law Division, Middlesex County [ECF No. 14]; and the Court having reviewed the R&R *de novo* and considered Defendant's objection, without oral argument; and for the reasons expressed in the Opinion filed herewith,

**IT IS** on this 17th day of January, 2019,

**ORDERED** that Defendant's objection to the R&R [ECF No. 15] is rejected; and it is further

**ORDERED** that Magistrate Judge Waldor's November 30, 2018 R&R [ECF No. 14] is adopted as the Opinion of the Court; and it is further

**ORDERED** that this action be and hereby is **REMANDED** to the Superior Court of New Jersey, Law Division, Middlesex County.

         ___ s/ Stanley R. Chesler ___
         STANLEY R. CHESLER
         United States District Judge